IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL   ACTION   NO. 6:12-00148

ANDREW TRACY OLDAKER

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendant Andrew Tracy Oldaker's *pro se* letter-from motion for compassionate release (ECF No. 51) and a letter-form motion requesting appointment of counsel to assist him with his compassionate release motion. ECF No. 52. Upon review, the Court finds no grounds to appoint counsel and **DENIES** Defendant's motion for one. *See United States v. Legree,* 205 F.3d 724, 730 (4th Cir. 2000) (holding the defendant was not entitled to appointed counsel in seeking a reduction of sentence).

With regard to the motion for compassionate release, the Court finds it contains few details as to why Defendant should be released and it fails to state whether he has exhausted his administrative remedies with the Bureau of Prisons (BOP). As the Court needs additional information before ruling on the motion, the Court **DIRECTS** the Government to file a Response **on or before January 6, 2023**, stating whether or not the BOP has any record pertaining to exhaustion; if not, whether the Government objects for failing to exhaust; and, if Defendant has exhausted or the Government does not intend to object to his failure to exhaust, any evidence and arguments the Government would like to make on the merits.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   December 15, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE